# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151112(98)

BLACKWARD PROPERTIES, LLC,
       Plaintiff/Counter Defendant-
       Appellant,

v

CHARLES D. SOWER, REAL ESTATE
ONE, INC., d/b/a MAX BROOCK REALTORS,
RONALD L. HUGHES, and HUGHES
ACQUISITION,
       Defendants/Counter Plaintiffs/Third-
       Party Plaintiffs-Appellees,

and

HARRY BLACKWARD and D'ANNE
KLEINSMITH,
       Third-Party Defendants-Appellants,

and

PRIVATE BANK & TRUST COMPANY,
       Defendant-Appellee.

SC:  151112
COA:  313282
Oakland CC:  2010-112094-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's March 8, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2016



Clerk

a0620